# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 5, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135787(75)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

LINCOLN WATKINS,
　　　　　Defendant-Appellant.

_____

SC: 135787
COA: 277905
Wayne CC: 06-008116

　　　　On order of the Chief Justice, the motion by defendant-appellant for extension to July 16, 2008 of the time for filing his brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2008

_____
Clerk